**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LASHANA LOUDE,

       Plaintiffs,

v.                                      CIVIL NO. 06-12711
                                      HON. LAWRENCE P. ZATKOFF

AEGIS MORTGAGE CORPORATION
and POTESTIVO & ASSOCIATES P.C.,

       Defendants.
_____/

**ORDER DISMISSING PLAINTIFF'S ACTION**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on October 23, 2006

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Plaintiff filed her complaint on May 23, 2006, in Wayne County Circuit Court, charging Defendants with fraud and violations of the Truth in Lending Act ("TILA"). Defendants removed the case to this Court on June 20, 2006. On June 23, 2006, Defendants filed a motion to dismiss, or in the alternative, for a more definite statement. Plaintiff filed a statement on July 26, 2006. The statement contained general information about TILA, but did not contain specific information regarding Plaintiff's TILA claims against Defendants.

On August 2, 2006, the Court issued an order dismissing Plaintiff's fraud claims. The Court also ordered Plaintiff to provide a more definite statement regarding her TILA claims. Plaintiff was given until August 12, 2006, to respond. Plaintiff did not respond, and on August 24, 2006, the Court ordered Plaintiff to show cause why her complaint should not be dismissed for failure to obey

an order of the Court. Plaintiff was given until September 1, 2006 to respond.

On September 15, 2006, Plaintiff filed a statement saying that she had been evicted from her home, and was unable to receive communications from the Court. The Court then issued an order giving Plaintiff until October 11, 2006, to file a more definite statement regarding her TILA claims. Subsequently, Plaintiff was given one last extension, to October 18, 2006, to submit the statement regarding her TILA claims.

To date, Plaintiff has not filed a more definite statement regarding her TILA claims, despite being given multiple extensions of time to do so. Thus, the Court will dismiss Plaintiff's action for failing to follow an order of the Court. Plaintiff's action is HEREBY DISMISSED without prejudice.

IT IS SO ORDERED.

        s/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: October 23, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 23, 2006.

        s/Marie E. Verlinde
        Case Manager
        (810) 984-3290